```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02658
   MARTHA BERNADETTE CRAIG
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9372


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/16/2006 and was confirmed 05/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
WORLD FINANCIAL NETWORK   SECURED             30.00           .00          30.00
WORLD FINANCIAL NETWORK   UNSECURED           932.10          .00         932.10
ASPIRE                    UNSECURED          2247.08          .00        2247.08
CAPITAL ONE               UNSECURED           296.29          .00         296.29
CAPITAL ONE               UNSECURED          2190.81          .00        2190.81
CBUSASEARS                UNSECURED        NOT FILED          .00            .00
DIRECT MERCHANTS BANK     UNSECURED        NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          5919.58          .00        5919.58
FLEET CREDIT CARD SERVIC  UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED           391.95          .00         391.95
CAPITAL RECOVERY ONE      UNSECURED           431.90          .00         431.90
NEWPORT NEWS              UNSECURED        NOT FILED          .00            .00
NORTHWEST COLLECTION      UNSECURED        NOT FILED          .00            .00
NORTHWEST COLLECTION      UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          3756.22          .00        3756.22
ROUNDUP FUNDING LLC       UNSECURED           357.75          .00         357.75
WORLD FINANCIAL NETWORK   UNSECURED           721.00          .00         721.00
ILLINOIS DEPARTMENT OF R  FILED LATE          510.00          .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,800.00                    2,800.00
TOM VAUGHN                TRUSTEE                                       1,374.30
DEBTOR REFUND             REFUND                                          233.85

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             21,682.83

PRIORITY                                       .00
SECURED                                      30.00
UNSECURED                                17,244.68
ADMINISTRATIVE                            2,800.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 02658 MARTHA BERNADETTE CRAIG
```

```
TRUSTEE COMPENSATION                                        1,374.30
DEBTOR REFUND                                                 233.85
                                     ----------------    ----------------
TOTALS                                      21,682.83           21,682.83
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

```
                        PAGE   2
     CASE NO. 06 B 02658 MARTHA BERNADETTE CRAIG
```